DARLEY RANDALL, *v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK. — Motion granted, unless appellants file the papers required by rule forty-four with the clerk within forty days and pay ten dollars costs of motion.

APPLETON MORGAN, *v.* I. C. CLEMENS. — Motion granted, unless appellant print and file the papers required by rule forty-four with the clerk within forty days and pay ten dollars costs of motion.

MOSES HEILMAN, *Respondent, v.* ISAAC LAZARUS, *Appellant.* — Judgment affirmed.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THOMAS F. SCHAFFER, *Appellant, v.* STEPHEN B. FRENCH and others, *Commissioners, etc., Respondents.* — Writ dismissed on the ground of laches, without costs.

SAMUEL R. DUMMER, *v.* HENRY A. FROST. — Motion granted, unless appellant propose and serve papers on appeal within sixty days, without costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THOMAS GILMORE *v.* JOHN CALLAHAN. — Order settled.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THOMAS FLYNN, *Appellant, v.* WILLIAM A. BUTLER, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

HARVEY FARRINGTON and others, *Respondents, v.* SAMUEL H. STEVENSON, *Appellant.* — Order reversed, and motion granted, with ten dollars costs and disbursements.

EMMA L. VAN NESS *Appellant, v.* WILLIAM NOBLE, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

THE NEW YORK SILK MANUFACTURING COMPANY, *Respondent, v.* EDWIN J. EPSTEIN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

EMMA J. DARGIN, *Respondent, v.* PALMER B. WELLS, *Appellant,* Impleaded, etc. — Order reversed, and motion granted, with ten dollars costs and disbursements, without prejudice to another application upon proper papers. Opinion by BRADY, J.